United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE L. PRICE,
Petitioner,
v.
WASCO STATE PRISON,
Respondent.

Case No. 26-cv-02530-TLT

**ORDER OF DISMISSAL**

Petitioner, a state prisoner at Salinas Valley State Prison, filed a *pro se* petition for writ of habeas corpus. Dkt. No. 1. That same day, the Clerk of the Court informed petitioner that this action was deficient because he had not submitted an *in forma pauperis* (IFP) application or paid the filing fee. Dkt. No. 2. The Court informed petitioner that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and petitioner has not submitted an IFP application or paid the filing fee. The Court therefore dismisses this action without prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2026

TRINA L. THOMPSON
United States District Judge